In re:   **Richard Zubkoff   Leslie Zubkoff**                                    Case No. _____
                        ───────────────────────────                                                              (If known)
                                    **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2768 Luna Pier Road Erie, MI. 48133** | Fee Owner | J | $ 350,000.00 | $ 492,562.95 |
| | | Total ➤ | $ 350,000.00 | |
| | | | (Report also on Summary of Schedules ) | |

In re  **Richard Zubkoff    Leslie Zubkoff**
_____
                    Debtors

Case No. _____
                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Monroe Bank and Trust Checking** | J | 700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and Appliances** | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Wedding Rings and Watches** | J | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **Richard Zubkoff   Leslie Zubkoff**                             Case No. _____
_____,
                                    **Debtors**                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford F150** | W | 7,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Ford Escape** | W | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____1_____  continuation sheets attached              Total ⟩            $ 32,750.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   **Richard Zubkoff   Leslie Zubkoff**                                    Case No. _____
_____
                        Debtors                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                   $136,875
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **Cash** | **11 USC § 522(d)(1)** | 50.00 | 50.00 |
| **Clothing** | **11 USC § 522(d)(1)** | 1,000.00 | 1,000.00 |
| **Furniture and Appliances** | **11 USC § 522(d)(3)** | 2,500.00 | 2,500.00 |
| **Monroe Bank and Trust Checking** | **11 USC § 522(d)(1)** | 700.00 | 700.00 |
| **Wedding Rings and Watches** | **11 USC § 522(d)(4)** | 1,500.00 | 1,500.00 |

In re  **Richard Zubkoff   Leslie Zubkoff**                            Case No. _____

_____
                    **Debtors**                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Security Agreement VALUE $0.00 | X | | | 0.00 | 0.00 |
| ACCOUNT NO. 10914709260509 Chase Auto Finance P.O. Box 90001800 Louisville, KY 40290-1800 | | W | 09/01/2009 Security Agreement 2005 Ford F150 VALUE $7,000.00 | X | | | 18,422.00 | 11,422.00 |
| ACCOUNT NO. 45104370 Ford Motor Credit P.O. Box 55000 Detroit, MI. 48255-2679 | | W | 09/01/2009 Security Agreement 2010 Ford Escape VALUE $20,000.00 | X | | | 26,000.00 | 6,000.00 |
| ACCOUNT NO. G-2000 Inc. 1050 N. Westwood Toledo, OH. 43607 | | J | 11/01/2007 Security Agreement 10 Semi's VALUE $0.00 | | | X | 20,000.00 | 0.00 |

1   continuation sheets attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $   64,422.00 | $   17,422.00 |
| $ | $ |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Richard Zubkoff   Leslie Zubkoff                                     Case No. _____
                                                                                           (If known)
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0157227984 |  | J | 01/01/2006 | X |  |  |  |  |
| Wells Fargo P.O. Box 14411 Des Moines, IA 50306-3411 |  |  | First Lien on Residence 2768 Luna Pier Road Erie, MI. 48133 |  |  |  | 494,000.00 | 144,000.00 |
|  |  |  | VALUE $350,000.00 |  |  |  |  |  |

Sheet no. 1 of 1 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

|  |  |
|---|---|
| $  494,000.00 | $  144,000.00 |

Total ➢
(Use only on last page)

|  |  |
|---|---|
| $  558,422.00 | $  161,422.00 |

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re      **Richard Zubkoff   Leslie Zubkoff** _____          Case No. _____
                                        Debtors                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>  continuation sheets attached

In re   **Richard Zubkoff   Leslie Zubkoff**                                    Case No. _____
_____,                                        (If known)
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   146689<br>Department of Energy, Labor & Economic Growth<br>P.O. Box 30476<br>Lansing, MI. 48909-7976 | | J | 10/01/2009<br>Unemployment Claim | | | X | 418.25 | 418.25 | $0.00 |
| ACCOUNT NO.   1467976000<br>Department of Energy, Labor & Economic Growth<br>3024 W. Grand Blvd.<br>Detroit, MI. 48202 | | J | 05/01/2009<br>UNemployment Benefits for Clymer | | | X | 19.48 | 19.48 | $0.00 |
| ACCOUNT NO.   38-3643895<br>Department of Treasury<br>IRS<br>Cincinnati, OH. 45999-0039 | | J | 03/01/2009<br>Federal Employment Tax | | | X | 700.00 | 700.00 | $0.00 |
| ACCOUNT NO.   xxx-xx-7792<br>Department of Treasury<br>P.O. Box 9006<br>Stop 663<br>Holtsville, NY 11742-9006 | | J | 01/01/2007<br>Federal Taxes | | | X | 14,647.30 | 14,647.30 | $0.00 |
| ACCOUNT NO.   148872<br>Department of Wages, Labor & Economic Growth<br>P.O. Box 30476<br>Lansing, MI. 48909-7976 | | J | 10/01/2009<br>UNemployment Claim | | | X | 1,603.13 | 1,603.13 | $0.00 |
| ACCOUNT NO.   TR-2429039<br>Michigan Department of Treasury<br>P.O. Box 30199<br>Lansing, MI. 48909-7699 | | J | 12/01/2006<br>Single Business Tax | | | X | 938.24 | 938.24 | $0.00 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $  18,326.40 | $  18,326.40 | $  0.00 |
| Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re  **Richard Zubkoff   Leslie Zubkoff** _____,   Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   TR-242-039<br><br>**Michigan Department of Treasury**<br>**Department #77569**<br>**P.O. Box 7700**<br>**Detroit, MI. 48277-0569** | | J | 12/01/2004<br>**Taxes** | | X | | 16,016.82 | 16,016.82 | $0.00 |
| ACCOUNT NO.   3803643895<br><br>**Michigan Department of Treasury**<br>**P.O. Box 30199**<br>**Lansing, MI. 48909-7699** | | J | 04/01/2009<br>**Withholding Taxes** | | | X | 1,666.10 | 1,666.10 | $0.00 |
| ACCOUNT NO.   38-3643895<br><br>**Michigan Department of Treasury**<br>**P.O. Box 30199**<br>**Lansing, MI. 48909-7699** | | J | 04/01/2009<br>**Withholding Taxes** | | X | | 1,580.67 | 1,580.67 | $0.00 |
| ACCOUNT NO.   38-3643895<br><br>**Michigan Department of Treasury**<br>**P.O. Box 30199**<br>**Lansing, MI. 48909-7699** | | J | 05/01/2009<br>**Withholding Taxes** | | X | | 1,664.44 | 1,664.44 | $0.00 |
| ACCOUNT NO.   38-3643895<br><br>**Michigan Department of Treasury**<br>**P.O. Box 30199**<br>**Lansing, MI. 48909-7699** | | J | 07/01/2009<br>**Withholding Taxes** | | X | | 1,580.02 | 1,580.02 | $0.00 |
| ACCOUNT NO.   38-3643895<br><br>**Michigan Department of Treasury**<br>**P.O. Box 30199**<br>**Lansing, MI. 48909-7699** | | J | 02/01/2009<br>**Withholding Taxes** | | | X | 1,750.15 | 1,750.15 | $0.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals▶<br>(Totals of this page) | $ 24,258.20 | $ 24,258.20 | $ 0.00 |
|---|---|---|---|---|
|  | Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re   **Richard Zubkoff   Leslie Zubkoff**                          Case No. _____
_____                                    (If known)
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **66205**<br>**North Carolina Department of Labor**<br>**204 Charlotte Hwy., Ste B**<br>**Asheville, NC. 28803** | | J | 07/01/2009<br>**Labor Claim** | | | X | **1,400.00** | **1,400.00** | **$0.00** |
| ACCOUNT NO.   **1467976000**<br>**State of Michigan**<br>**Department of Energy, Labor and Economic Growth**<br>**3024 W. Grand Blvd**<br>**Detroit, MI. 48202** | | J | 10/01/2009<br>**Unemployment Claim** | | | X | **212.14** | **212.14** | **$0.00** |
| ACCOUNT NO.   **38 3643895**<br>**Unemploment Insurance Agency**<br>**3024 W. Grand Blvd**<br>**Suite 11-500**<br>**Detroit, MI. 48202** | | J | 06/01/2009<br>**Quarterly Tax Report** | | | X | **5,181.96** | **5,181.96** | **$0.00** |
| ACCOUNT NO.   **1467976**<br>**Unemployment Insurance Agency**<br>**3024 W. Grand Blvd**<br>**Suite 11-500**<br>**Detroit, MI. 48202** | | J | 04/01/2009<br>**Unemployment Insurance** | | | X | **10,329.99** | **10,329.99** | **$0.00** |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)     $ **17,124.09**   $ **17,124.09**   $ **0.00**

Total   ▷
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)     $ **59,708.69**

Total   ▷
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data.)     $ **59,708.69**  $ **0.00**

In re   **Richard Zubkoff   Leslie Zubkoff**                        Case No. _____

_____                                    _____
                        **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**American Leak Protection**<br>**8775 Main Street**<br>**Whitmore Lake, MI. 48189** | | J | 08/01/2009<br><br>Account | | X | | 365.37 |
| ACCOUNT NO.   **C95664**<br><br>**American Transport**<br><br><br><br>**Muller, Muller, Richmond, Harms**<br>**33233 Woodward**<br>**Box 3026**<br>**Birmingham, MI. 48012**<br><br>**CST Co.,**<br>**CST Bldg**<br>**P.O. Box 33127**<br>**Louisville, KY 40232-3127** | | | 09/01/2009<br><br>Payment on Account | | X | | 2,200.00 |
| ACCOUNT NO.<br><br>**Ashton Leasing**<br>**P.O. Box 3347**<br>**Houston, TX 77253** | | J | 01/01/2009<br><br>Lease | | X | | 400,259.00 |

<u>13</u>   Continuation sheets attached

Subtotal  ➤  $ | 402,824.37

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Richard Zubkoff  Leslie Zubkoff _____  Case No. _____
                                    Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  064674-14562444 | | J | 12/01/2008 | | X | | 2,408.00 |
| Auto Owners Insurance P.O. Box 30660 Lansing, MI. 48909-8160 <br><br> CMCS 822 E. Grand River Brighton, MI. 48116 | | | Premium Payment | | | | |
| ACCOUNT NO.  53170200656922 | | J | 07/01/2009 | | X | | 5,184.84 |
| Beneficial Member HSBC Group 961 N. Weigel Ave Elmhurst, IL 601261058 <br><br> Management Services Inc. P.O. Box 1099 Langhorne, PA 19047 | | | Credit Services | | | | |
| ACCOUNT NO. | | J | 04/01/2007 | | X | | 12,338.11 |
| Black Diamond, Inc 1964 Tremainsville Rd Toledo, Oh. 43613 | | | Lawn Services | | | | |
| ACCOUNT NO.  635870005 | | H | 06/01/2009 | | X | | 130.90 |
| Buckmasters Whitetail Magazine P.O. Box 244022 Montgomery, AL. 36124 <br><br> RMCB 2269 S. Saw Mill River Rd Bldg 3 Elmsford, NY 10523 | | | Magazine Subscription | | | | |

Sheet no. _1_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $   20,061.85

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Richard Zubkoff   Leslie Zubkoff**                          Case No. _____
_____
                                    **Debtors**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4115077015735352**<br><br>**Capital One Bank**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197-6492**<br><br><br>**James A. West P.C.**<br>**6380 Rogerdale Road**<br>**Suite 130**<br>**Houston, TX**<br>**77072-1625**<br><br>**Alma Tyler**<br>**21435 Cavit Center Drive**<br>**Suite 301**<br>**Southfield, Ml.**<br>**48076** | | J | **11/01/2008**<br><br>**Revolving Credit** | | X | | 1,462.39 |
| ACCOUNT NO.<br><br>**Capital Tire**<br>**1001 Cherry St.**<br>**Toledo, OH. 43608** | | J | **01/01/2009**<br><br>**Materials** | | X | | 1,700.00 |
| ACCOUNT NO.  **4559500301097818**<br><br>**Chase Card Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | | J | **01/01/2009**<br><br>**Revolving Credit** | | X | | 3,000.81 |

Sheet no. _2_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           6,163.20

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re     Richard Zubkoff    Leslie Zubkoff _____     Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4070720299884000003 <br><br> Citizens Bank <br> P.O. Box 1790 <br> Flint, MI. 48501-1790 | | J | 01/01/2008 <br><br> Account | | X | | 10,000.00 |
| ACCOUNT NO.  P104895048 <br><br> Consultants in Lab Med <br> 3170 W. Central Ave <br> Toledo, OH. 43606 | | W | 04/01/2008 <br><br> Medical Services | | X | | 246.99 |
| ACCOUNT NO.  38-9000012628 <br><br> EPMG Comm Health Ctr <br> P.O. Box 96115 <br> Oklahoma City, OK 73143-6115 <br><br><br> Russell Collection Agency, Inc. <br> P.O. Box 7009 <br> Flint, MI. 48507-0009 | | J | 03/01/2009 <br><br> Medical Services | | X | | 156.00 |
| ACCOUNT NO.  7715090265831354 <br><br> GE Capital Finance (Sam's Club) <br> P.O. Box 103104 <br> Roswell, GA 30076 <br><br><br> Zwicker & Associates, P.C. <br> 80 Minuteman Rd <br> Andover, MA. 01810 | | J | 11/01/2008 <br><br> Revolving Credit | | X | | 4,239.50 |

Sheet no. _3_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $              14,642.49

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Richard Zubkoff    Leslie Zubkoff                          Case No. _____
                                    Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    7715090265831354 | | J | 01/01/2009 | | X | | 4,239.50 |
| GE Money Bank P.O. Box 960061 Orlando, FL. 32896-0061 | | | Revolving Credit | | | | |
| Allied Interstate 3000 Corporate Exchange Dr. Columbus, OH. 43231 | | | | | | | |
| ACCOUNT NO.    6034590400767916 | | J | 08/01/2009 | | X | | 1,492.31 |
| GE Money Bank P.O. Box 960061 Orlando, FL 32896-0061 | | | Revolving Line of Credit | | | | |
| ACCOUNT NO.    601920420007 | | J | 09/01/2006 | | X | | 6,175.00 |
| GEMB/Bombardier P.O. Box 981439 El Paso, TX 79998-1439 | | | Revolving Line of Credit | | | | |
| ACCOUNT NO.    TZ0095 | | J | 06/01/2009 | | X | | 17,564.16 |
| Great Lakes Western Star/ Freightliner 1630 Telb Road Monroe, MI. 48162 | | | Services | | | | |
| Freightliner of Toledo 6003 Benore Road Toledo, OH. 43612 | | | | | | | |

Sheet no. _4_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                          29,470.97

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Richard Zubkoff    Leslie Zubkoff**        Case No. _____

_____
                 **Debtors**                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   00091228 <br><br> Harbor Behavorial Healthcare Inc <br> 4334 Secor Road <br> Toledo, OH. 43623 | | J | 12/01/2007 <br><br> Medical Services | | X | | 392.00 |
| ACCOUNT NO.   0000593601104051428 <br><br> HSBC Retail Services <br> Furniture Row <br> P.O. Box 5244 <br> Carol Stream, IL 60197-5244 | | J | 07/01/2009 <br><br> Revolving Line of Credit | | X | | 6,884.67 |
| ACCOUNT NO.   6623650 <br><br> IPA <br> 1250 Barclay Blvd <br> Buffalo Grove, Il. 60089 <br><br><br> Ronald L. Bell & Assoc., P.C. <br> 1250 Barclay Blvd., <br> Suite 100 <br> Buffalo Grove, IL. 60089 | | J | 07/01/2009 <br><br> Account | | X | | 4,596.45 |
| ACCOUNT NO.   0000099200 <br><br> IPC <br> P.O. Box 668307 <br> Pompano Beach, Fl. 33066-8307 | | | 09/17/2009 <br><br> Materials for Business | | X | | 598.80 |

Sheet no.  5  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                             Subtotal  >  $          **12,471.92**

                                                  Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Richard Zubkoff    Leslie Zubkoff                                Case No. _____
_____
                              Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | 01/01/2009 | | | X | 3,074.00 |
| Kemit Muhammad 12508 Sobieski Ave Cleveland, OH. 44135 | | | Disputed claim | | | | |
| ACCOUNT NO. | | J | 01/01/2009 | | X | | 150,000.00 |
| Kenneth Norton, aka Kendall Farms 398 Slisher Road Bronson, MI. | | | Account | | | | |
| ACCOUNT NO.   77120 | | J | 03/01/2009 | | X | | 534.10 |
| Kimball Midwest P.O. Box 2470 Columbus, OH. 43216 RMS 4836 Brecksville Rd., P.O. Box 498 Richfield, OH. 44286 | | | Account | | | | |
| ACCOUNT NO.   437348549140 | | J | 10/01/2009 | | X | | 963.09 |
| Macy's P.O. Box 689195 Des Moines, IA. 50368-9195 | | | Revolving Line of Credit | | | | |

Sheet no. _6_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        154,571.19

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Richard Zubkoff   Leslie Zubkoff**                                    Case No. _____
                                            **Debtors**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   S4095-02450<br><br>Mark A. Snider MD<br>730 N Macomb St, Ste 300<br>Monroe, MI. 48162 | | H | 03/01/2007<br><br>Medical Services | | X | | 147.00 |
| ACCOUNT NO.   00016625<br><br>Mercy Memorial Hospital<br>718 N. Macomb<br>Monroe, MI. 48162<br><br><br>George A. Leikin<br>300 Town Center #2390<br>Southfield, MI. 48075 | | H | 01/01/2008<br><br>Medical services | | X | | 2,010.00 |
| ACCOUNT NO.   14429236<br><br>Mercy Mermorial Hospital<br>718 N. Macomb Strret<br>Monroe, MI.<br>48161 | | H | 11/01/2007<br><br>Medical Services | | X | | 43.20 |
| ACCOUNT NO.   4654878-0<br><br>Michigan Gas Utilities<br>P.O. Box 659580<br>San Antonio, TX 78265-9580 | | J | 09/01/2009<br><br>Utilities | | X | | 866.52 |

Sheet no. _7_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                3,066.72

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Richard Zubkoff   Leslie Zubkoff**               Case No. _____

                                 **Debtors**                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **116013036**<br><br>**Monroe Bank & Trust**<br>**102 E. Front Street**<br>**Monroe, MI. 48161** | | J | 05/01/2009<br><br>Account | | X | | 1,616.54 |
| ACCOUNT NO.  **330066**<br><br>**Monroe Community Ambulance**<br>**P.O. Box 673684**<br>**Detroit, MI. 48267** | | J | 12/01/2007<br><br>MEdical Services | | X | | 910.00 |
| ACCOUNT NO.  **MEP 734300087**<br><br>**Monroe Emergency Physicians**<br>**P.O. Box 964**<br>**Monroe, MI. 48161-0964** | | H | 04/01/2008<br><br>Medical Services | | X | | 429.00 |
| ACCOUNT NO.  **4673**<br><br>**Monroe Swimming Pools**<br>**2600 N. Monroe Street**<br>**Monroe, MI. 48162** | | J | 06/01/2008<br><br>Account | | X | | 5,238.50 |

Sheet no.  <u>8</u> of <u>13</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                          Subtotal  >  $        **8,194.04**

                                              Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Richard Zubkoff   Leslie Zubkoff**                              Case No. _____
                                  ―――――――――――――――――――――――――――
                                         **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **A186 A191** | | J | **11/01/2007** | | X | | **34,241.48** |
| **Pacer International Inc.** **One Independent Drive** **Suite 1250** **Jacksonville, FL. 32202** **Commercial Collection Consultants** **401 East U.S. Hwy 80** **Suite 204** **Forney, TX 75126** | | | **Services Provided** | | | | |
| ACCOUNT NO.  **0058-Y775** | | J | **04/01/2009** | | X | | **852.69** |
| **Paychex** **Suite 102** **7010 Spring Meadow West** **Holland, OH. 43528** **Brennan & Clark, Ltd** **721 E. Madison** **Suite 200** **Villa Park, IL 60181** | | | **Account** | | | | |
| ACCOUNT NO. | | J | **06/01/2008** | | X | | **11,000.00** |
| **Perfect 10 Pools** **4442 W. Alexis** **Sylvania, OH. 43560** **Timothy D. Churchill** **9042 Lewis Ave.,** **P.O. Box 490** **Temperance, MI. 48182** | | | **Services** | | | | |

Sheet no.  9  of 13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                    **46,094.17**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Richard Zubkoff    Leslie Zubkoff                          Case No. _____
_____
                        Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    Tp0016592-PP80 ProMedica Central Physicians MQC Collection Services P.O. Box 140700 Toledo, OH 43614 | | J | 02/01/2008 MEdical Services | | X | | 469.00 |
| ACCOUNT NO.    674195810634703 Raisin Valley Anesthesia Assoc OSI Collection Services Inc P.O. Box 959 Brookfield, WI 53008-0959 | | H | 04/01/2008 Medical Services | | X | | 64.80 |
| ACCOUNT NO. Rottman, Kingston & Neuvirth, PC 32871 Middlebelt Rd. Suite 200 Farmington Hills, MI. 48334 | | J | 06/01/2009 Account | | X | | 1,550.00 |
| ACCOUNT NO.    662864 SHIMP Excavating LLC 822 S. Snow Prairie Bronson, MI. 49028 Creditors' Alliance P.O. Box 1288 Blommington, IL. 61702-1288 | | | 10/30/2009 Payment on Account | | X | | 325.00 |

Sheet no. _10_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >    $                    2,408.80

Total    >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Richard Zubkoff    Leslie Zubkoff                                    Case No. _____
_____
                                    Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3019653482 <br><br>Sterling Inc. <br>375 Ghent <br>Fairlawn, OH. 443334601 | | H | 05/01/2009 <br><br>Revolving Credit | | X | | 705.00 |
| ACCOUNT NO.  RHAW68255 <br><br>Super Fitness <br><br><br>Current Credit Inc <br>P.O. Box 5907 <br>Toledo, OH. 43613 | | | 07/01/2009 <br><br>Health Fitness | | X | | 203.50 |
| ACCOUNT NO. <br><br>Tarpstop, LLC <br><br><br>Kramer Fox <br>P.O. Box 151752 <br>Austin, TX 78715-1752 | | J | 04/01/2008 <br><br>Services Provided | | X | | 5,279.99 |
| ACCOUNT NO.  104895048-001 <br><br>Toledo Hospital <br><br><br>MQC Collection Services <br>P.O. Box 141329 <br>Toledo, OH. 43614 | | W | 06/01/2008 <br><br>Medical Services | | X | | 3,657.00 |

Sheet no.  11  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                9,845.49

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Richard Zubkoff   Leslie Zubkoff**                                      Case No. _____
                                           ——————————————————
                                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  15786 <br><br> Transport Towing Inc <br> P.O. Box 3925 <br> Page, Arizona 86040 | | J | 07/01/2009 <br><br> Services | | X | | 340.00 |
| ACCOUNT NO.  00088665 <br><br> University of Toledo Physicians, LLC <br> 3355 Glendale Ave., Third Floor <br> Toledo, OH. 43614 | | H | 12/01/2007 <br><br> Medical Services | | X | | 298.00 |
| ACCOUNT NO.  700014725 <br><br> Urgent Care of Cameron Hospital <br> 774105 4105 Solutions Ctr <br> Chicago, IL 60677 | | H | 09/01/2009 <br><br> Medical Services | | X | | 95.50 |
| ACCOUNT NO.  23303 <br><br> Vesco Oil Corportation <br> P.O. Box 525 <br> Southfield, MI. 48037-0525 | | J | 07/01/2009 <br><br> Services | | X | | 2,606.01 |
| ACCOUNT NO.  5745001727 <br><br> Wells Fargo Financial <br> 800 Walnut St. <br> F4030-04C <br> Des Moines, IA 50309 | | J | 08/01/2009 <br><br> Revolving Credit | | X | | 2,049.10 |

Sheet no.  12  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                5,388.61

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Richard Zubkoff   Leslie Zubkoff** _____       Case No. _____
                                  Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **161107** <br><br>**Wyandotte Alarm Company** <br>**1409 Oak Street** <br>**Wyandotte, MI. 48192** |  | J | 10/01/2008 <br><br>Services |  | X |  | 2,684.00 |

Sheet no.  13 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $            2,684.00

Total  > $          717,887.82

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  __Richard Zubkoff    Leslie Zubkoff_____.     Case No. _____
                            **Debtors**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re: **Richard Zubkoff   Leslie Zubkoff**                          Case No. _____

_____                                        _____
                            Debtors                                                      (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re **Richard Zubkoff Leslie Zubkoff**                                    Case No. _____

_____                                    _____
                      **Debtors**                                            (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **18** |
| | **Daughter** | **11** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | |
| Name of Employer | **Zubkoff Trucking LLC** | |
| How long employed | **10 years** | |
| Address of Employer | **2768 Luna Pier Road Erie, MI. 48133** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 3,899.87 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 3,899.87 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 0.00 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,899.87 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,899.87 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 3,899.87 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

In re  Richard Zubkoff Leslie Zubkoff

Case No.

Debtors

(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

NONE

In re <u>Richard Zubkoff Leslie Zubkoff</u>       Case No. _____
                **Debtors**                                   (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,121.14 |
|    a. Are real estate taxes included?    Yes ✓    No | | |
|    b. Is property insurance included?    Yes    No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 600.00 |
|    b. Water and sewer | $ | 150.00 |
|    c. Telephone | $ | 70.00 |
|    d. Other | $ | 0.00 |
|         **Cable** | $ | 80.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 420.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 13.50 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 258.33 |
|    c. Health | $ | 370.00 |
|    d. Auto | $ | 450.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 490.00 |
|    b. Other  **Ford F 150** | $ | 417.52 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,215.49 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 3,899.87 |
|    b. Average monthly expenses from Line 18 above | $ | 7,215.49 |
|    c. Monthly net income (a. minus b.) | $ | -3,315.62 |